THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>PETER J. HANSON, P.C. D/B/A HANSON CHIROPRACTIC and PETER J. HANSON,<br><br>Defendants. | No. 2:16-cv-01085-RSL<br><br>**ORDER GRANTING STIPULATED MOTION FOR CLARIFICATION REGARDING PRODUCTION OF PATIENT INFORMATION**<br><br>**(PROPOSED)** |

THIS MATTER having come before the Court on the parties' Stipulated Motion for Clarification Regarding Production of Patient Information, and the Court having reviewed the motion and being fully advised, now therefore,

IT IS HEREBY ORDERED that the parties' Stipulated Motion for Clarification Regarding Production of Patient Information is GRANTED.

The Stipulated Protective Order (ECF No. 15) provides adequate protection for the disclosure of patient information and the parties are not required by either HIPAA or Revised

ORDER GRANTING STIPULATED MOTION FOR
CLARIFICATION REGARDING PRODUCTION OF
PATIENT INFORMATION - 1
(No. 2:16-cv-01085-RSL)

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

Code of Washington § 70.02.60 to provide notice to or obtain any additional authorization from the at-issue patients prior to the production of information pertaining to them.

DATED this 20th day of March, 2017.

_____
The Honorable Robert S. Lasnik
United States District Judge

Presented by:

| CORR CRONIN MICHELSON BAUMGARDNER FOGG & MOORE LLP | MERRICK, HOFSTEDT & LINDSEY, P.S. |
|---|---|
| s/ Steven W. Fogg | s/ Tamara K. Nelson |
| Steven W. Fogg, WSBA No. 23528 | Peter Steilberg, WSBA No. 22190 |
| Todd T. Williams, WSBA No. 45032 | Tamara K. Nelson, WSBA No. 27679 |
| 1001 Fourth Avenue, Suite 3900 | 3101 Western Ave., Suite 200 |
| Seattle, WA 98154 | Seattle, WA 98121 |
| sfogg@corrcronin.com | psteilberg@mhlseattle.com |
| twilliams@corrcronin.com | tnelson@mhlseattle.com |
| | |
| David I. Spector (Admitted Pro Hac Vice) | Gregory P. Turner, WSBA No. 20085 |
| Kayla L. Pragid (Admitted Pro Hac Vice) | LEE SMART, P.S., INC. |
| S. Montaye Sigmon (Admitted Pro Hac Vice) | 701 Pike St., Suite 1800 |
| AKERMAN LLP | Seattle, WA 98101 |
| 777 S. Flagler Drive, West Tower, Suite 1100 | gpt@leesmart.com |
| West Palm Beach, FL 33401 | |
| David.Spector@Akerman.com | Andrew P. Baratta (admitted pro hac vice) |
| Kayla.Pragid@Akerman.com | BARATTA, RUSSELL & BARATTA |
| Montaye.Sigmon@akerman.com | 3500 Reading Way |
| | Huntingdon Valley, PA 19006 |
| *Attorneys for Plaintiffs* | andrew@barattarussell.com |
| | |
| | *Attorneys for Defendants Peter J. Hanson, P.C. d/b/a Hanson Chiropractic and Peter J. Hanson* |

ORDER GRANTING STIPULATED MOTION FOR
CLARIFICATION REGARDING PRODUCTION OF
PATIENT INFORMATION - 2
(No. 2:16-cv-01085-RSL)

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900