THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>PETER J. HANSON, P.C. D/B/A HANSON CHIROPRACTIC and PETER J. HANSON,<br><br>Defendants. | No. 2:16-cv-01085-RSL<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO FILE OVER-LENGTH BRIEF**<br><br>~~(PROPOSED)~~ |

THIS MATTER having come before the Court on Plaintiffs' Motion to File Over-Length Brief, and the Court having reviewed the motion and being fully advised, now therefore,

IT IS HEREBY ORDERED that Plaintiffs' Motion to File Over-Length Brief is GRANTED. Plaintiffs are permitted a total of 24 pages for their Response to Defendants' Motion to Amend.

DATED this 4th day of May, 2017.

_____
The Honorable Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFFS' MOTION TO FILE OVER-LENGTH BRIEF - 1
(No. 2:16-cv-01085-RSL)

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900