THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>PETER J. HANSON, P.C. D/B/A HANSON CHIROPRACTIC and PETER J. HANSON,<br><br>Defendants. | No. 2:16-cv-01085-RSL<br><br>**ORDER DENYING DEFENDANTS' MOTION FOR LEAVE TO FILE COUNTERCLAIM**<br><br>**(PROPOSED)** |

THIS MATTER having come before the Court on Defendants' Motion for Leave to File Counterclaim, and the Court having reviewed the motion and being fully advised, now therefore,

IT IS HEREBY ORDERED that Defendants' Motion for Leave to File Counterclaim is DENIED.

DATED this _____ day of _____, 2017.

_____
The Honorable Robert S. Lasnik
United States District Judge

ORDER DENYING DEFENDANTS' MOTION FOR LEAVE TO FILE COUNTERCLAIM - 1
(No. 2:16-cv-01085-RSL)

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

Presented by:

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP

 *s/ Steven W. Fogg*
Steven W. Fogg, WSBA No. 23528
Todd T. Williams, WSBA No. 45032
1001 Fourth Avenue, Suite 3900
Seattle, WA  98154
sfogg@corrcronin.com
twilliams@corrcronin.com

David I. Spector (Admitted Pro Hac Vice)
Kayla L. Pragid (Admitted Pro Hac Vice)
S. Montaye Sigmon (Admitted Pro Hac Vice)
AKERMAN LLP
777 S. Flagler Drive, West Tower, Suite 1100
West Palm Beach, FL  33401
David.Spector@Akerman.com
Kayla.Pragid@Akerman.com
Montaye.Sigmon@akerman.com

*Attorneys for Plaintiffs*

---

ORDER DENYING DEFENDANTS' MOTION FOR LEAVE
TO FILE COUNTERCLAIM - 2
(No. 2:16-cv-01085-RSL)

**CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900