Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM FIRE AND CASUALTY COMPANY,<br><br>  Plaintiffs,<br><br>v.<br><br>PETER J. HANSON, P.C. D/B/A HANSON CHIROPRACTIC and PETER J. HANSON,<br><br>  Defendants. | NO. 16-cv-01085-RSL<br><br>STIPULATED MOTION TO EXTEND CERTAIN PRETRIAL DEADLINES<br><br>NOTE ON MOTION CALENDAR:<br>August 9, 2017 |

STIPULATED MOTION TO EXTEND CERTAIN PRETRIAL DEADLINES

Pursuant to the Court's August 30, 2016 Amended Minute Order Setting Trial Date & Related Dates (ECF No. 14), Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company ("State Farm Plaintiffs") and Defendants Peter J. Hanson, P.C. d/b/a Hanson Chiropractic and Peter J. Hanson ("Hanson Defendants") stipulate and agree to, and request the Court to approve, the following proposal for certain remaining pretrial deadlines, with no change to the dispositive motion or trial dates. The parties make this request to allow them to mediate and potentially resolve this matter before conducting corporate representative and expert depositions. The parties are scheduled to mediate on September 21, 2017.

STIPULATED MOTION TO EXTEND CERTAIN PRETRIAL
DEADLINES - 1
Case No. 16-cv-01085-RSL

MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
3101 WESTERN AVENUE, SUITE 200
SEATTLE, WASHINGTON 98121
(206) 682-0610

L:\180\336 - STATE FARM V PETER HANSON\PLEADINGS\STIPULATED MOTION TO EXTEND PRETRIAL DEADLINES

The parties propose the following:

| | |
|---|---|
| **TRIAL DATE** | **January 8, 2018**<br>*Unchanged* |
| Defendant's Rebuttal Expert Report due no later than | September 1, 2017<br>*New* |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) or LCR 37(a)(2) | *Unchanged* |
| Discovery completed by | September 10, 2017<br>*Unchanged* |
| Corporate Representative and Expert Depositions to be completed | September 25-October 6, 2017<br>*New* |
| Settlement conference held no later than | September 24, 2017<br>*Unchanged* |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)(3)) | October 10, 2017<br>*Unchanged* |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the second Friday thereafter. Replies will be accepted. | December 11, 2017<br>*Unchanged* |
| Agreed pretrial order due | December 27, 2017<br>*Unchanged* |
| Pretrial conference to be scheduled by the Court | |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | January 3, 2018<br>*Unchanged* |

STIPULATED MOTION TO EXTEND CERTAIN PRETRIAL
DEADLINES - 2
Case No. 16-cv-01085-RSL

MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
3101 WESTERN AVENUE, SUITE 200
SEATTLE, WASHINGTON 98121
(206) 682-0610

L:\180\336 - STATE FARM V. PETER HANSON\PLEADINGS\STIPULATED MOTION TO EXTEND PRETRIAL DEADLINES

1     RESPECTFULLY SUBMITTED this 9th day of August, 2017

| MERRICK, HOFSTEDT & LINDSEY, P.S. | CORR CRONIN MICHELSON BAUMGARDNER FOGG & MOORE LLP |
|---|---|
| By /s/ Peter Steilberg<br>Peter Steilberg, WSBA #22190<br>Tamara K. Nelson, WSBA #27679<br>3101 Western Avenue, Suite 200<br>Seattle, WA 98121<br>Telephone: (206) 682-0610<br>Facsimile: (206) 467-2689<br>psteilberg@mhlseattle.com<br>tnelson@mhlseattle.com | By /s/ Steven W. Fogg<br>Steven W. Fogg, WSBA #23528<br>Todd T. Williams, WSBA #45032<br>1001 Fourth Avenue, Suite 3900<br>Seattle, WA 98154<br>Telephone: (206) 625-8600<br>Facsimile: (206) 625-0900<br>sfogg@corrcronin.com<br>twilliams@corrcronin.com |
| LEE SMART, P.S., INC.<br><br>By /s/ Gregory P. Turner<br>Gregory P. Turner, WSBA #20085<br>gpt@leesmart.com<br>701 Pike Street, Suite 1800<br>Seattle, WA 98101<br>Telephone: (206) 624-7990<br>Facsimile: (206) 624-5944<br>BARATTA, RUSSELL & BARATTA<br><br>By /s/ Andrew P. Baratta<br>Andrew P. Baratta, Pro Hac Vice<br>Andrew@barattarussell.com<br>3500 Reading Way<br>Huntingdon Valley, PA 19006<br>Telephone: (215)-914-2222<br><br>Attorneys for Defendants | AKERMAN LLP<br><br>By /s/ David I. Spector<br>David I. Spector, Pro Hac Vice<br>S. Montaye Sigmon, Pro Hac Vice<br>Kayla L. Pragid, Pro Hac Vice<br>777 S. Flagler Drive, West Tower, Suite 1100<br>West Palm Beach, FL 33401<br>Telephone: (561) 653-5000<br>Facsimile: (561) 659-6313<br>David.spector@akerman.com<br>Kayla.pragid@akerman.com<br><br><br>Attorneys for Plaintiffs |

STIPULATED MOTION TO EXTEND CERTAIN PRETRIAL
DEADLINES - 3
Case No. 16-cv-01085-RSL

MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
3101 WESTERN AVENUE, SUITE 200
SEATTLE, WASHINGTON 98121
(206) 682-0610

L:\180\336 - STATE FARM V. PETER HANSON\PLEADINGS\STIPULATED MOTION TO EXTEND PRETRIAL DEADLINES

[PROPOSED] ORDER

Based on the foregoing Stipulated Motion, the Amended Minute Order Setting Trial Dates & Related Dates (ECF No. 14) is amended as set forth in the above schedule.

DATED this 16th day of August, 2017.

_____
The Honorable Robert S. Lasnik
United States District Court Judge

STIPULATED MOTION TO EXTEND CERTAIN PRETRIAL
DEADLINES - 4
Case No. 16-cv-01085-RSL

MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
3101 WESTERN AVENUE, SUITE 200
SEATTLE, WASHINGTON 98121
(206) 682-0610

L:\180\336 - STATE FARM V. PETER HANSON\PLEADINGS\STIPULATED MOTION TO EXTEND PRETRIAL DEADLINES