THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM FIRE AND CASUALTY COMPANY,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>PETER J. HANSON, P.C. D/B/A HANSON CHIROPRACTIC and PETER J. HANSON,<br><br>　　　　　　　　　　Defendants. | No. 2:16-cv-01085-RSL<br><br>**STIPULATED ORDER REGARDING PLAINTIFFS' MOTION TO COMPEL**<br><br>**NOTE ON MOTION CALENDAR: SEPTEMBER 5, 2017** |

Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company ("State Farm Plaintiffs") and Defendants Peter J. Hanson, P.C. d/b/a Hanson Chiropractic and Peter J. Hanson ("Hanson Defendants") stipulate and agree that in exchange for withdrawal of the State Farm Plaintiffs' Motion to Compel (Dkt. No 57), the Hanson Defendants will undertake the following measures:

1.　　　Hanson Defendants shall retain third-party vendor eDiscovery Inc. to collect and produce, in a forensically sound manner, Hanson Chiropractic's complete patient files for the at-

ORDER REGARDING PLAINTIFFS' MOTION TO COMPEL - 1
(No. 2:16-cv-01085-RSL)

Corr Cronin Michelson
Baumgardner Fogg & Moore LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

issue patients listed in SF00173980ROD – SF00173984PROD (adult patients) and SF00173990PROD – SF00173991PROD (minor patients) at Defendants' expense. Complete patient files includes but is not limited to any intake forms, correspondence, medical records, billing documents or other documentation concerning any treatment, services, or products provided by Defendants to the at-issue patients from January 1, 2009 to the present. This includes treatment, services, and/or products relating to auto accident injuries as well as non-auto accident-related care. The complete patient files must be produced to the State Farm Plaintiffs within 30 days of this Order.

2. Hanson Defendants shall retain third-party vendor eDiscovery Inc. to collect and produce, in a forensically sound manner, certain emails at Defendants' expense. Responsive emails must be produced to the State Farm Plaintiffs within 30 days of this Order. The email collection will include the following email accounts: chiropete@comcast.net; drhanson@hansonchiro.com; newpatientassistant@gmail.com; frontdesk.hansonchiro@gmail.com; tn0446@gmail.com; ryanwoodburydc@aol.com; sglinesdc@gmail.com; jwaldropdc@hotmail.com; tatyana.chiro@gmail.com; kayla.chiro@gmail.com; tina.hansonchiro@gmail.com; ipcoach.hansonchiro@gmail.com; edward.chiro@gmail.com; stevie.chiro@gmail.com; and any other email accounts used by current Hanson Chiropractic employees or contractors to communicate regarding Hanson Chiropractic patients during the time period January 1, 2009 to the present. Email documents (including any attachments) that pertain or relate to any of the following shall be produced:

  a. The at-issue patients listed in SF00173980ROD – SF00173984PROD (adult patients) and SF00173990PROD – SF00173991PROD (minor patients), including but not limited to communications with patients, referral sources, attorneys, or other

ORDER REGARDING PLAINTIFFS' MOTION TO COMPEL - 2
(No. 2:16-cv-01085-RSL)

**CORR CRONIN MICHELSON**
**BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

health care providers, as well as communications relating to patient intake, treatment, billing and payment;

    b. free or discounted services and write-offs (including any related marketing or advertising); and

3. The parties agree to use Allison Goodman of eDiscovery Inc. as the forensic examiner and both plaintiffs and defendants must work cooperatively with the third party forensic vendor on an agreed process for identifying, collecting, and producing documents within the timeframes specified in this Order.

4. Hanson Defendants shall produce all documents reflecting free or discounted services offered or provided to non-automobile insurance patients and write-offs, discounts, and/or fee reductions applied to non-automobile insurance patients within 14 days of this Order. If Defendants previously produced responsive documents, they must identify by Bates number the documents responsive to each request. The documents described in this paragraph do not include patient-specific documents (i.e., an itemized billing statement for a particular patient) for patients who are not at-issue in this lawsuit.

5. The State Farm Plaintiffs may conduct up to four depositions (including re-opening the deposition of any persons already deposed) concerning information reflected in the documents ordered to be produced. These depositions shall be conducted within 30 days after Defendants complete their supplemental production of emails and patient files in accordance with this Order.

The State Farm Plaintiffs agree that the Motion to Compel (Dkt. No 57) is withdrawn if the Court enters this Stipulated Order.

DATED this 6th day of Sept., 2017.

*[signature]*
The Honorable Robert S. Lasnik
United States District Judge

ORDER REGARDING PLAINTIFFS' MOTION TO COMPEL - 3
(No. 2:16-cv-01085-RSL)

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

Presented by:

| CORR CRONIN MICHELSON BAUMGARDNER FOGG & MOORE LLP | MERRICK, HOFSTEDT & LINDSEY, P.S. |
|---|---|
| *s/ Steven W. Fogg*<br>Steven W. Fogg, WSBA No. 23528<br>Todd T. Williams, WSBA No. 45032<br>1001 Fourth Avenue, Suite 3900<br>Seattle, WA 98154<br>sfogg@corrcronin.com<br>twilliams@corrcronin.com<br><br>David I. Spector (*Admitted Pro Hac Vice*)<br>Kayla L. Pragid (*Admitted Pro Hac Vice*)<br>S. Montaye Sigmon (*Admitted Pro Hac Vice*)<br>AKERMAN LLP<br>777 S. Flagler Drive, West Tower, Suite 1100<br>West Palm Beach, FL 33401<br>David.Spector@Akerman.com<br>Kayla.Pragid@Akerman.com<br>Montaye.Sigmon@akerman.com<br><br>*Attorneys for Plaintiffs* | *s/ Peter Steilberg*<br>Peter Steilberg, WSBA No. 22190<br>Tamara K. Nelson, WSBA No. 27679<br>3101 Western Avenue, Suite 200<br>Seattle, WA 98121<br>psteilberg@mhlseattle.com<br>tnelson@mhlseattle.com<br><br>Gregory P. Turner, WSBA No. 20085<br>LEE SMART, P.S., INC.<br>701 Pike Street, Suite 1800<br>Seattle, WA 98101<br>gpt@leesmart.com<br><br>Andrew Baratta (*Admitted Pro Hac Vice*)<br>BARATTA, RUSSELL & BARATTA<br>The Loft at Woodmont<br>3500 Reading Way<br>Huntington Valley, PA 19006<br>andrew@barattarussell.com<br><br>*Attorneys for Defendants Peter Hanson And Hanson Chiropractic* |

ORDER REGARDING PLAINTIFFS' MOTION TO COMPEL - 4
(No. 2:16-cv-01085-RSL)

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900