THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>PETER J. HANSON, P.C. D/B/A HANSON CHIROPRACTIC and PETER J. HANSON,<br><br>Defendants. | No. 2:16-cv-01085-RSL<br><br>**STIPULATED MOTION AND AGREED ORDER TO RE-NOTE PLAINTIFFS' MOTION TO COMPEL EXPERTS LAURIN MCELHERAN AND ARTHUR CROFT TO PRODUCE DOCUMENTS AND INFORMATION AND MOTION TO EXTEND EXPERT DEPOSITION DEADLINE** |

## **STIPULATION**

Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company ("Plaintiffs") and defendants Peter J. Hanson, P.C. d/b/a Hanson Chiropractic and Peter J. Hanson ("Defendants") stipulate that Plaintiffs' Motion to Compel Experts Laurin McElheran and Arthur Croft to Produce Documents and Information (Dkt. 61), currently noted for consideration on Friday, October 20, 2017, be re-noted for consideration on Friday October 27, 2017. Defendants' experts provided written responses to their respective subpoenas and

STIPULATED MOTION AND AGREED ORDER TO RE-NOTE HEARING ON PLAINTIFFS' MOTION TO COMPEL EXPERTS TO PRODUCE DOCUMENTS - 1
(No. 2:16-cv-01085-RSL)

**CORR CRONIN MICHELSON BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

produced documents responsive to some of the subpoena requests; however, the parties are still actively working on resolving the outstanding subpoena requests. The additional time will allow the parties to attempt to resolve all issues without court involvement.

STIPULATED TO this 16th day of October, 2017.

s/ Peter Steilberg
Peter Steilberg, WSBA No. 22190
Tamara K. Nelson, WSBA No. 27679
MERRICK, HOFSTEDT & LINDSEY, P.S.
3101 Western Ave., Suite 200
Seattle, WA 98121
psteilberg@mhlseattle.com
tnelson@mhlseattle.com

Gregory P. Turner, WSBA No. 20085
LEE SMART, P.S., INC.
701 Pike St., Suite 1800
Seattle, WA 98101
gpt@leesmart.com

Andrew P. Baratta (*Admitted Pro Hac Vice*)
BARATTA, RUSSELL & BARATTA
3500 Reading Way
Huntingdon Valley, PA 19006
andrew@barattarussell.com

*Attorneys for Defendants*

s/ Steven W. Fogg
Steven W. Fogg, WSBA No. 23528
Todd T. Williams, WSBA No. 45032
CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154
sfogg@corrcronin.com
twilliams@corrcronin.com

David I. Spector (*Admitted Pro Hac Vice*)
Kayla L. Pragid (*Admitted Pro Hac Vice*)
S. Montaye Sigmon (*Admitted Pro Hac Vice*)
AKERMAN LLP
777 S. Flagler Drive, West Tower, Ste 1100
West Palm Beach, FL 33401
David.spector@akerman.com
Kayla.pragid@akerman.com
Montaye.Sigmon@akerman.com

*Attorneys for Plaintiffs*

STIPULATED MOTION AND AGREED ORDER TO RE-NOTE HEARING ON PLAINTIFFS' MOTION TO COMPEL EXPERTS TO PRODUCE DOCUMENTS - 2
(No. 2:16-cv-01085-RSL)

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

**ORDER**

Plaintiffs' Motion to Compel Experts Laurin McElheran and Arthur Croft to Produce Documents and Information (Dkt. 61), is re-noted for consideration on Friday, October 27, 2017.

IT IS SO ORDERED.

Dated this 17th day of October, 2017.

_____
Robert S. Lasnik
United States District Judge

Presented by:

| | |
|---|---|
| *s/ Peter Steilberg* | *s/ Steven W. Fogg* |
| Peter Steilberg, WSBA No. 22190 | Steven W. Fogg, WSBA No. 23528 |
| Tamara K. Nelson, WSBA No. 27679 | Todd T. Williams, WSBA No. 45032 |
| MERRICK, HOFSTEDT & LINDSEY, P.S. | CORR CRONIN MICHELSON |
| 3101 Western Ave., Suite 200 | BAUMGARDNER FOGG & MOORE LLP |
| Seattle, WA 98121 | 1001 Fourth Avenue, Suite 3900 |
| psteilberg@mhlseattle.com | Seattle, WA 98154 |
| tnelson@mhlseattle.com | sfogg@corrcronin.com |
| | twilliams@corrcronin.com |
| Gregory P. Turner, WSBA No. 20085 | |
| LEE SMART, P.S., INC. | David I. Spector (*Admitted Pro Hac Vice*) |
| 701 Pike St., Suite 1800 | Kayla L. Pragid (*Admitted Pro Hac Vice*) |
| Seattle, WA 98101 | S. Montaye Sigmon (*Admitted Pro Hac Vice*) |
| gpt@leesmart.com | AKERMAN LLP |
| | 777 S. Flagler Drive, West Tower, Ste 1100 |
| Andrew P. Baratta (*Admitted Pro Hac Vice*) | West Palm Beach, FL 33401 |
| BARATTA, RUSSELL & BARATTA | David.spector@akerman.com |
| 3500 Reading Way | Kayla.pragid@akerman.com |
| Huntingdon Valley, PA 19006 | Montaye.Sigmon@akerman.com |
| andrew@barattarussell.com | |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |

STIPULATED MOTION AND AGREED ORDER TO RE-NOTE
HEARING ON PLAINTIFFS' MOTION TO COMPEL EXPERTS
TO PRODUCE DOCUMENTS - 3
(No. 2:16-cv-01085-RSL)

**CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900