UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>PETER J. HANSON, P.C. D/B/A HANSON CHIROPRACTIC and PETER J. HANSON,<br><br>Defendants. | No. 2:16-cv-01085-RSL<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**NOTE ON MOTION CALENDAR: APRIL 10, 2018** |

## **STIPULATION**

Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company (collectively "Plaintiffs"), and Defendants Peter J. Hanson, P.C. d/b/a Hanson Chiropractic and Peter J. Hanson (collectively "Defendants"), by and through undersigned counsel, hereby stipulate that Plaintiffs' claims against Defendants shall be dismissed with prejudice and without fees or costs to either party.

///

///

///

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 1
(No. 2:16-cv-01085-RSL)

**CORR CRONIN MICHELSON BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

AGREED AND STIPULATED TO this 10th day of April, 2018.

| CORR CRONIN MICHELSON BAUMGARDNER FOGG & MOORE LLP | MERRICK, HOFSTEDT & LINDSEY, P.S. |
|---|---|
| *s/ Steven W. Fogg* <br> Steven W. Fogg, WSBA No. 23528 <br> Todd T. Williams, WSBA No. 45032 <br> 1001 Fourth Avenue, Suite 3900 <br> Seattle, WA 98154 <br> sfogg@corrcronin.com <br> twilliams@corrcronin.com <br><br> David I. Spector (*Admitted Pro Hac Vice*) <br> Kayla L. Pragid (*Admitted Pro Hac Vice*) <br> S. Montaye Sigmon (*Admitted Pro Hac Vice*) <br> AKERMAN LLP <br> 777 S. Flagler Drive, West Tower, Suite 1100 <br> West Palm Beach, Fl 33401 <br> David.Spector@Akerman.com <br> Kayla.Pragid@Akerman.com <br> Montaye.Sigmon@akerman.com <br><br> *Attorneys for Plaintiffs* | *s/ Peter Steilberg* <br> Peter Steilberg, WSBA No. 22190 <br> Tamara K. Nelson, WSBA No. 27679 <br> 3101 Western Ave., Suite 200 <br> Seattle, WA 98121 <br> psteilberg@mhlseattle.com <br> tnelson@mhlseattle.com <br><br> Gregory P. Turner, WSBA No. 20085 <br> LEE SMART, P.S., INC. <br> 701 Pike St., Suite 1800 <br> Seattle, WA 98101 <br> gpt@leesmart.com <br><br> Andrew P. Baratta (*Admitted Pro Hac Vice*) <br> BARATTA, RUSSELL & BARATTA <br> 3500 Reading Way <br> Huntingdon Valley, PA 19006 <br> andrew@barattarussell.com <br><br> John F. Floyd (*Admitted Pro Hac Vice*) <br> FLOYD LAW GROUP, PLC <br> 4235 Hillsboro Pike, Suite 300 <br> Nashville, TN 37215 <br> johnfloyd@flgplc.com <br><br> *Attorneys for Defendants* |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 2
(No. 2:16-cv-01085-RSL)

**CORR CRONIN MICHELSON BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

# **ORDER**

Pursuant to the foregoing stipulation, it is hereby ORDERED, ADJUDGED AND DECREED that Plaintiffs' claims against Defendants shall be dismissed with prejudice and without fees or costs to either party.

DATED this 12th day of April, 2018.

*[signature]*
The Honorable Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
- 3
(No. 2:16-cv-01085-RSL)

**CORR CRONIN MICHELSON**
**BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900